UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ ET AL.,
                Plaintiffs,         21-cv-10967 (JGK)

    - against -                   ORDER

209 NYC DENTAL L.L.P.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on the defendant on January 12, 2022. ECF No. 6. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was February 2, 2022.

    The time to respond to the complaint is extended to **May 6, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

    The conference scheduled for April 28, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          April 21, 2022

                                          John G. Koeltl
                                   United States District Judge